**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**LINDA KAY EDES,**

          **Plaintiff,**

    **vs.**
                               **Civil Action 2:14-cv-1147
JUDGE SMITH
Magistrate Judge King**

**COMMISSIONER OF
SOCIAL SECURITY,**

          **Defendant.**

## ORDER

This is an action instituted under the provisions of 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security denying Plaintiff's application for supplemental security income.  On May 21, 2015, the United States Magistrate Judge recommended that the decision of the Commissioner be affirmed and that this action be dismissed.  *Report and Recommendation*, ECF 24.  Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF 24, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner is **AFFIRMED**.  This action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

       **IT IS SO ORDERED.**

                           */s/ George C. Smith*           
                           **GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT**